**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG (Charlottesville) DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 11-62045-RBC |
| JASON LYNN HOWDERSHELT | ) | |
| DEBTOR(S) | ) | CHAPTER 13 |

**MOTION TO SUBSTITUTE COUNSEL**

  **COMES NOW,** Debtor, by Counsel, and makes motion that Robert B. Duke Jr., Esq., be

relieved as counsel of record and that Richard J. Oulton, Esq. be recognized as counsel of record

in this case.   Robert B. Duke Jr., Esq.'s last day of employment with America Law Group, Inc.

is May 1, 2015.  America Law Group, Inc.'s written contract with each client clearly states that

America Law Group, Inc. represents each said client.  Additionally, Robert B. Duke Jr., Esq.

does not wish to continue receiving notices regarding these cases and, accordingly, agrees to the

requested substitution of counsel for administrative convenience.

                                                                          Respectfully submitted:

                                                                          JASON LYNN HOWDERSHELT

                                                                          By: /s/ Richard J. Oulton

Richard J. Oulton, Esq.
VSB# 29640
AMERICA LAW GROUP, INC.
8501 Mayland Drive, Suite 106
Henrico, VA 23294
Phone: (804) 308-0051
thedebtlawgroupmail@gmail.com
Counsel for Debtor

SEEN AND AGREED:

/s/ Robert B. Duke Jr.
Robert B. Duke Jr., Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2015, I served a true copy of the foregoing Motion via

the CM/ECF system to Herbert L. Beskin, Chapter 13 Trustee.


/s/ Richard J. Oulton
Richard J. Oulton