**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 11-62045-RBC |
| JASON LYNN HOWDERSHELT | ) | |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 13 |

**MOTION TO WITHDRAW DOCUMENT**

**COMES NOW,** Debtor, by counsel, moves to withdraw his Motion to Substitute Counsel (docket entry 42) which was filed in error.

> Respectfully submitted:
>
> JASON LYNN HOWDERSHELT
>
> BY: /s/ Richard J. Oulton
> Counsel for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2015, I served a true copy of the foregoing Motion via first-class mail, postage to the Debtor, and via the CM/ECF system to Herbert L. Beskin, Chapter 13 Trustee.

> /s/ Richard J. Oulton
> Richard J. Oulton

Richard J. Oulton, Esq.
America Law Group, Inc.
8501 Mayland Drive, Suite 106
Henrico, VA 23294
(804) 308-0051
2debtlawgroup@gmail.com