UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| In RE: | ) | Case No. 11-62045-RBC |
| Jason Lynn Howdershelt | ) | |
| | ) | |
| DEBTOR(S), | ) | Chapter 13 |

**MOTION TO WITHDRAW DOCUMENT**

**COMES NOW**, Debtor, by counsel, moves to withdraw his Exhibit to the Motion to Substitute Counsel (docket entry 45) which was filed in error.

Respectfully submitted:

JASON LYNN HOWDERSHELT

BY:     /s/ Richard J. Oulton
          Richard J. Oulton,
          Counsel for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2015, I served a true copy of the foregoing Motion via first-class mail, postage to the Debtor, and via the CM/ECF system to Herbert L. Beskin, Chapter 13 Trustee

/s/ Richard J. Oulton
Richard J. Oulton

Richard J. Oulton, Esq.
America Law Group, Inc.
8501 Mayland Dr., Ste 106
Henrico, VA 23294
804.308.0051
2debtlawgroup@gmail.com